IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV339

| | |
|---|---|
| In re: ) | |
| ) | |
| HAGOOD RESERVE, LLC, ) | |
| ) | ORDER |
| Debtor ) | |
| _____ ) | |

    This matter is before the court upon notification of the bankruptcy court that the underlying bankruptcy case was dismissed on March 16, 2011, and there remains no basis for an appeal. Accordingly,

    IT IS THEREFORE ORDERED that this bankruptcy appeal is hereby dismissed.

Signed: June 1, 2011

*Graham C. Mullen* (signature)

Graham C. Mullen
United States District Judge